UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-07859 |
| ANDRZEJ POWROZNIK | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS**

This matter coming before the court on the motion of Jeff Gerlick to compel compliance with subpoenas, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is construed as a motion under Rule 45(d)(2)(B)(i) (not Rule 37, which does not apply) and is granted. Debtor Andrzej Powroznik and Barbara Powroznik must produce all documents requested in the subpoenas by April 28, 2023, and must appear for their Rule 2004 examinations by May 26, 2023.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 31, 2023

**Prepared by:**