IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ANDREJ POWROZNIK | ) | Case No. 2022-07859 |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor | ) | |

### AFFIDAVIT OF BARBARA POWROZNIK
### IN RESPONSE TO RIDER TO 2004 SUBPOENA

NOW COMES BARBARA POWROZNIK and first sworn under oath states that she is over the age of 18 and is competent to testify to the matters set forth below herein and that she has reviewed the Rider attached to the 2004 Subpoena upon her and her Response to the Rider, and that she has produced all documents in her possession, custody or control as requested in the Rider and there are no other documents in her possession, custody or control to be produced.

Further affiant sayeth not.

_____
Barbara Powroznik

Subscribed and sworn to before me
this 5 day of June 2023.

_____
Notary Public

Official Seal
Herman J Marino
Notary Public State of Illinois
My Commission Expires 8/4/2026

Herman J. Marino Ltd., P.C.
Attorney for Barbara Powroznik
205 North Michigan Avenue, Suite 810
Chicago, Ill. 60601
312-347-9990
ARDC No. 1765817
hjmarino@marinolaw.net

Page 1 of 2