**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ANDREJ POWROZNIK | ) | Case No. 2022-07859 |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor__ | ) | |

**NOTICE OF FILING**

    **PLEASE TAKE NOTICE** that on Tuesday, June 6, 2023, the undersigned attorney caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the following: **BARBARA POWROZNIK'S (1) RESPONSE TO RIDER ATTACHED TO RULE 2004 SUBPOENA AND (2) AFFIDAVIT OF COMPLETION.**

**CERTIFICATE OF SERVICE**

    The undersigned attorney further states that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Fling System General Order issued by the United States Bankruptcy Court for the Northern District of Illinois Eastern Division, I caused a copy of this NOTICE and the attached RESPONSE to be served upon all persons who have filed an appearance through the Court's electronic notice for Registrants

                                        Respectfully submitted,
                                        **BARBARA POWROZNIK, Respondent**

                                        By: /s/ Herman J. Marino
                                                Herman J. Marino

HERMAN J. MARINO, LTD., P.C.
205 North Michigan Avenue, Suite 810
Chicago, Illinois 60601
847-226-9458
hjmarino@marinolaw.net
*Attorneys for Barbara Powroznik.*

1